```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 18002
   MATT FIORESI
   CHRISTINE FIORESI                            CHAPTER 13

                                                JUDGE: MANUEL BARBOSA
            Debtor
   SSN XXX-XX-0805      SSN XXX-XX-0807
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/02/07 .

2. The case was dismissed without confirmation, 01/17/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MID AMERICA BANK | CURRENT MORTG | .00 | .00 | .00 |
| MID AMERICA BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| MID AMERICA BANK | SECURED | .00 | .00 | .00 |
| MID AMERICA BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| DRIVE FINANCIAL SERVICES | SECURED VEHIC | .00 | .00 | .00 |
| VW CREDIT | SECURED VEHIC | .00 | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| AFNI | UNSECURED | NOT FILED | .00 | .00 |
| AMEX | UNSECURED | NOT FILED | .00 | .00 |
| ANDERSON FIN NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BLATT HASENMILLER LEIBSK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT COLLECTION SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS PROTECTION SER | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DELL FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| DOLLAR RENT A CAR | UNSECURED | NOT FILED | .00 | .00 |
| FOX VALLEY CHILDREN MEDI | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| LINEBARGER GOGGAN BLAIR | UNSECURED | NOT FILED | .00 | .00 |
| MCYDSNB | UNSECURED | NOT FILED | .00 | .00 |
| MIRACLE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL ACTION FIN SRV | UNSECURED | NOT FILED | .00 | .00 |

```
NATIONWIDE                    UNSECURED     NOT FILED              .00           .00
NICOR GAS                     UNSECURED     NOT FILED              .00           .00
THE BUREAUS                   UNSECURED     NOT FILED              .00           .00
WASHINGTON MUTUAL CARD S      UNSECURED     NOT FILED              .00           .00
AFNI                          UNSECURED     NOT FILED              .00           .00
ALLIED INTERSTATE             UNSECURED     NOT FILED              .00           .00
ALLIED INTERSTATE             UNSECURED     NOT FILED              .00           .00
ALLIED INTERSTATE             UNSECURED     NOT FILED              .00           .00
ARROW FINANCIAL SERVICES      UNSECURED     NOT FILED              .00           .00
BOSE CORPORATION              UNSECURED     NOT FILED              .00           .00
BUREAU OF COLLECTION REC      UNSECURED     NOT FILED              .00           .00
CAI CREDIT UNION              UNSECURED     NOT FILED              .00           .00
CALABRESE ASSOCIATES          UNSECURED     NOT FILED              .00           .00
CARSON PIRIE SCOTT            UNSECURED     NOT FILED              .00           .00
DELNOR HOSPITAL               UNSECURED     NOT FILED              .00           .00
DIVERSIFIED CONSULTANTS       UNSECURED     NOT FILED              .00           .00
ER SOLUTIONS INC              UNSECURED     NOT FILED              .00           .00
FINANCIAL RECOVERY SERVI      UNSECURED     NOT FILED              .00           .00
FIRST REVENUE ASSURANCE       UNSECURED     NOT FILED              .00           .00
GREEN SCENE                   UNSECURED     NOT FILED              .00           .00
JOHNSON WESTRA BROECKER       UNSECURED     NOT FILED              .00           .00
KEAY & COSTELLO PC            UNSECURED     NOT FILED              .00           .00
KENNY & KENNY                 UNSECURED     NOT FILED              .00           .00
LABORATORY PHYSICIANS LL      UNSECURED     NOT FILED              .00           .00
LATHROP & GAGE DC             UNSECURED     NOT FILED              .00           .00
MCKAY NURSERY                 UNSECURED     NOT FILED              .00           .00
MURPHY & BOYLE CHARTERED      UNSECURED     NOT FILED              .00           .00
NCO FINANCIAL SYSTEMS         UNSECURED     NOT FILED              .00           .00
METROPOLITAN PROP & CAS       UNSECURED     NOT FILED              .00           .00
SEARS BKRUPTCY RCVRY MGM      UNSECURED     NOT FILED              .00           .00
SERVICE LANDSCAPING           UNSECURED     NOT FILED              .00           .00
TRI CITY RADIOLOGY            UNSECURED     NOT FILED              .00           .00
VOLKSWAGEN CREDIT             UNSECURED     NOT FILED              .00           .00
----------------------------------------------------------------------------------------
CREDITOR NAME                 CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID           PAID
----------------------------------------------------------------------------------------
WELTMAN WEINBERG & REIS       UNSECURED     NOT FILED              .00           .00
NORTHWEST ATHLETIC CLUB       UNSECURED     NOT FILED              .00           .00
         Summary of disbursements:
----------------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED         OTHER         TOTAL
----------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00           .00          .00           .00           .00
PRINCIPAL PAID          .00           .00          .00           .00           .00
INTEREST PAID           .00           .00          .00           .00           .00
TOTAL PAID              .00           .00          .00           .00           .00
```

The Debtor's attorney, JAMES A YOUNG & ASSOC         , was allowed $         .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 04/16/08         /S/
                             GLENN STEARNS
                             CHAPTER 13 TRUSTEE